**Deny and Opinion Filed April 13, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00200-CV**

**IN RE RICHARD BORIACK, Relator**

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04604**

**MEMORANDUM OPINION**
Before Justices Osborne, Partida-Kipness, and Smith
Opinion by Justice Osborne

In this original proceeding, relator challenges the trial court's February 10, 2022 order granting real party in interest's motion to enforce a settlement agreement. Real party has filed a motion to dismiss the petition on the ground that relator has an adequate appellate remedy.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition, record, and motion to dismiss we conclude relator has failed to demonstrate that he lacks an adequate appellate remedy. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Having denied the petition, we also deny real party's motion to dismiss as moot.


220200f.p05

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE